**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDI BALLINGER, )<br>   )<br>            Plaintiff, )<br>   )<br>      v. )<br>   )<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social )<br>Security Administration, )<br>   )<br>            Defendant. )<br>_____) | No. CV 11-6557-SS<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: April 3, 2012

                            _____/S/_____
                            SUZANNE H. SEGAL
                            UNITED STATES MAGISTRATE JUDGE